UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF ELIAS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>VAZRICK NAVASARTIAN, et al.,<br><br>　　　　　Defendants. | 1:15-cv-01567-LJO-GSA-PC<br><br>**ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT DUBIEL'S MOTION FOR SUMMARY JUDGMENT WITHIN TWENTY-ONE DAYS**<br><br>(ECF No. 46.) |

　　　　On August 15, 2017, defendant Dubiel ("Defendant") filed a motion for summary judgment. (ECF No. 46.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 230(*l*).

　　　　Accordingly, within **twenty-one (21) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to Defendant's motion for summary judgment. If Plaintiff fails to comply with this order, this action may be dismissed, with prejudice, for failure to obey the court's order and failure to prosecute.

IT IS SO ORDERED.

　　Dated: __**January 17, 2018**__　　　　　　　__**/s/ Gary S. Austin**__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE